UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KAREN LESTER-MAHAFFEY**,

Plaintiff,

vs.

**COMMISSIONER**, Social Security Administration,

Defendant.

_____

Case No. 3:15-cv-00929-YY

ORDER (EAJA FEES)

      Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $7,306.75 is awarded to Plaintiff. It is ordered that the aforementioned attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then the check shall be made payable to

Plaintiff's attorney, Bruce Brewer, and mailed to him at PO Box 421, West Linn, OR 97068. If Plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney at the mailing address stated above. There are no costs or expenses to be paid herein.

DATED this _13th____ day of __April, 2017.

/s/Youlee Yim You
Youlee Yim You
United States Magistrate Judge

Submitted by:

Bruce W. Brewer, OSB No. 925581
503-621-6633, Attorney for Plaintiff