Bruce Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**KAREN LESTER-MAHAFFEY,**            Case No.: 3:15-cv-00929-YY

    Plaintiff,

vs.                                                                                    ORDER

**COMMISSIONER of Social Security**,

    Defendant.

It is ORDERED that an attorney fee in the amount of $20,778.25 is hereby awarded to Plaintiff's attorney, Bruce Brewer, pursuant to 42 U.S.C. § 406(b). The Court finds this is a reasonable fee. Previously, this Court awarded a fee of $7,306.75 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. ECF#30. When issuing the § 406(b) check, the Social Security Administration is ordered to subtract the amount of the EAJA fee previously paid and to send the balance of $13,471.50, minus any user fee, by check made payable to Bruce Brewer to him at PO Box 421, West Linn, OR 97068. Any amount withheld after all administrative and court attorneys fees are paid should be released to Plaintiff.

ORDERED this __5th__ day of __September__, 2017

                                                                    /s/ Youlee Yim You
                                                                    The Honorable Youlee Yim You
                                                                    U.S. District Court Magistrate Judge

Presented by:
Bruce W. Brewer, OSB No. 925581
503-621-6633